

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-23-2005

# USA v. Lore

Precedential or Non-Precedential: Precedential

Docket No. 03-3043

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Lore" (2005). *2005 Decisions.* Paper 9.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/9

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————

Nos. 03-3043, 03-3217, 03-4349, 03-4350

————

UNITED STATES OF AMERICA

v.

JOSEPH LORE,

Appellant in No. 03-3043

————

UNITED STATES OF AMERICA

v.

DENISE BOHN,

Appellant in No. 03-3217

————

UNITED STATES OF AMERICA

v.

JOSEPH PELLICCIA,

Appellant in No. 03-4349

————

UNITED STATES OF AMERICA

v.

WILLIAM HURLEY,

Appellant in No. 03-4350

————

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Crim. No. 99- cr-00292-4/3/6/5)
Honorable Mary Little Cooper, District Judge

————

Submitted under Third Circuit LAR 34.1(a)
October 28, 2005

BEFORE: SLOVITER, FISHER, and GREENBERG, <u>Circuit</u> <u>Judges</u>

(Filed: December 2, 2005)

————

ORDER AMENDING OPINION

————

It is hereby ordered that the last complete sentence in the first complete paragraph on page 30 of the slip opinion in this case is deleted. The sentence deleted reads as follows:

> Moreover, notwithstanding the alternative to the loss calculation, the problem of enhancements based upon facts found by the district court by a preponderance of the evidence still remains. <u>See</u> Lore App. at 267-77 (district court imposing enhancement for obstruction of justice based upon a preponderance of the evidence.

By the court,

/s/ Morton I. Greenberg
Circuit Judge

DATED: December 23, 2005
DMM/cc: Marc Fernich, Esq.
　　　　Michael P. Koribanics, Esq.
　　　　Mr. Joseph Pelleccia
　　　　Leonard Meyerson, Esq.
　　　　George S. Leone, Esq.
　　　　David B. Lat, Esq.

2